UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOHN MENDY, et al., | No. C 13-4180 MMC |
| Plaintiffs, | |
| v. | **ORDER RE: ATTENDANCE AT ENE** |
| CITY OF FREMONT, et al., | Date:      February 24, 2014 |
| Defendants. | Evaluator: William Goodman |

   IT IS HEREBY ORDERED that the request to excuse defendants retired Police Chief Craig Steckler and Police Chief Richard Lucero from appearing in person at the February 24, 2014, ENE before William Goodman is GRANTED. The excused parties shall be available at all times to participate telephonically in the ENE in accordance with ADR L.R. 5-10(f).

   IT IS SO ORDERED.

January 16, 2014           By: _____
Dated                                    Maria-Elena James
                                         United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California