IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN RAY MENDY, MARY MENDY,

    Plaintiffs,

  v.

CITY OF FREMONT, et al.,

    Defendants.

No. C-13-4180 MMC

**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS**

    Before the Court is defendants' "Motion to Dismiss Plaintiffs' Second Amended Complaint," filed March 27, 2014.  Plaintiffs John Ray Mendy and Mary Mendy have filed opposition, to which defendants have replied.[1]  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for May 2, 2014.

    **IT IS SO ORDERED.**

Dated: April 30, 2014

MAXINE M. CHESNEY
United States District Judge

---

[1] Defendants failed to provide the Court with a chambers copy of their reply.  Nonetheless, the Court has considered it.  For future reference, defendants are reminded that, pursuant to Civil Local Rule 5-1(e)(7) and the Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically.