Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
CITY OF FREMONT, FREMONT POLICE DEPARTMENT,
CRAIG STECKLER, RICHARD LUCERO, LORI CODEY,
JOEL LUEVANO, JEFFREY CAMPBELL, CURTIS CODEY
AND MATTHEW BOCAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY MENDY, MARY MENDY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF FREMONT, et al.,<br><br>　　　　Defendants. | Case No. CV 13-04180 MMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

　　　　The parties hereto, namely, plaintiffs John Ray Mendy and Mary Mendy, by and through their attorney for record, Panos Lagos, Esq., and defendants City Of Fremont, Fremont Police Department, Craig Steckler, Richard Lucero, Lori Codey, Joel Luevano, Jeffrey Campbell, Curtis Codey, and Matthew Bocage, by and through their attorney of record, Gregory M. Fox, do hereby stipulate that, pursuant to the fully executed Settlement Agreement and Release of Claims entered into by the parties to this action, plaintiffs agree to dismiss their complaint and all claims included therein with prejudice, and further agree that each plaintiff and each defendant will bear their own costs and attorneys fees. defendants agree to dismissal of plaintiffs' complaint on these terms.

　　　　The parties therefore request this Court to Order the action dismissed in full, with prejudice, each

1

1  party to bear their own costs and fees.
2      SO STIPULATED.

4  Dated: July 22, 2014                    BERTRAND, FOX & ELLIOT

7  By: _____
       Gregory M. Fox
8      Attorneys for Defendants
       City of Fremont, Fremont Police Department,
9      Craig Steckler, Richard Lucero, Lori Codey, Joel
       Luevano, Jeffrey Campbell, Curtis Codey and
10     Matthew Bocage

13 Dated: July 21, 2014                    LAW OFFICE OF PANOS LAGOS

16 By: _____
       Panos Lagos
17     Attorneys for Plaintiffs
       John and Mary Mendy

### ORDER

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that plaintiffs John Mendy and Mary Mendy's complaint and action herein is dismissed in full and with prejudice, each party to bear their own costs and fees.

Dated: July 22, 2014

_____
JUDGE OF THE U.S. DISTRICT COURT